# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

———

No. 6:15-cr-00071-3

———

**United States of America**

v.

**Amanda Cousins**

———

# ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on April 22, 2025, and issued a report and recommendation that defendant's term of supervised release should be revoked. Defendant waived her right to object to the report, agreed to the revocation of her supervised release, agreed to the sentence below, and waived her right to be present for sentencing. Doc. 194.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of 21 months imprisonment to run concurrently with the sentence imposed in 6:23-cr-00087 with no supervised release to follow. The court recommends that the place of confinement be FCI Carswell, Texas.

*So ordered by the court on April 28, 2025.*

J. CAMPBELL BARKER
United States District Judge